Anthony Austine UKOFIA, Appellant,

v.

BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; Kenneth Olson, and Five Other Unknown Deportation Officers of the Bureau of Immigration and Customers Enforcement; Sherburne County Jail Clinic; Cari NLN, a nurse at the Clinic; Department of Homeland Security; Amy Zaske; Terry Louie; Jared Drengson; Sherburne County Jail; Rachel Cannings; Dr. Leonard; Bureau of Immigration Appeals; Scott Baniecke, Appellees.

No. 11–1870.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 15, 2011.

Filed: Dec. 20, 2011.

Anthony Austine Ukofia, pro se.

Friedrich Anson Paul Siekert, U.S. Attorney's Office, Minneapolis, MN, Jason Michael Hiveley, Amanda Lea Stubson, Iverson & Reuvers, Bloomington, MN, for Appellees.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Anthony Austine Ukofia appeals following the district court's[1] adverse grant of summary judgment in his civil action. Upon careful review of the record and the parties' submissions on appeal, we conclude that the district court did not abuse its discretion in declining to appoint counsel for Mr. Ukofia, *see Davis v. Scott,* 94 F.3d 444, 447 (8th Cir.1996); in denying his third motion to amend his complaint, *see Deutsche Fin. Servs. Corp. v. BCS Ins. Co.,* 299 F.3d 692, 700 (8th Cir.2002); and in denying his request to extend the discovery period, *see Marksmeier v. Davie,* 622 F.3d 896, 903 (8th Cir.2010). We also conclude that summary judgment was proper for the reasons stated by the district court. *See Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (de novo standard of review). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.